UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAMANTHA KAISER

VERSUS

RANDY PARKER, ET AL.

CIVIL ACTION

NO. 09-170-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 10, 2009 (doc. no. 14). The defendants filed an objection which merely restates their prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for remand (doc. no. 8) is GRANTED and this matter is REMANDED to the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 20th day of August, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA